```
                                                            REL     7:03cv
                         U.S. District Court                6178
    Southern District of New York - Civil Database (White Plains)

            CIVIL DOCKET FOR CASE #: 03-CV-7055
```

County of Rockland v. Abbott Laboratories, et al           Filed: 09/10/03
Assigned to: Judge Stephen C. Robinson         Jury demand: Plaintiff
Demand: $0,000                                 Nature of Suit: 890
Lead Docket: None                              Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 18:1961 Racketeering (RICO) Act


COUNTY OF ROCKLAND                     Daniel Hume
    plaintiff                          [COR LD NTC]
                                       Kirby McInerney & Squire
                                       830 Third Ave.
                                       10th Flr
                                       New York, NY 10022
                                       212-371-6600

                                       Roger W. Kirby
                                       [COR LD NTC]
                                       Kirby, McInerney & Squire,
                                       L.L.P.
                                       830 Third Avenue
                                       10th Floor
                                       New York, NY 10022
                                       (212) 317-2300

                                       Joanne M. Cicala
                                       [COR LD NTC]
                                       Kirby, McInerney & Squire,
                                       L.L.P.
                                       830 Third Avenue
                                       New York, NY 10022
                                       (212) 371-6600

    v.


ABBOTT LABORATORIES, INC.
    defendant


AGOURON PHARMACEUTICALS, INC.
    defendant


AMGEN, INC.

Docket as of November 21, 2003 3:10 pm                        Page 1

```
Proceedings include all events.
7:03cv7055 County of Rockland v. Abbott Laboratories, et al            REL
        defendant                                              7:03cv 6178

   ASTRAZENECA USA
        defendant

   AVENTIS BEHRING
        defendant

   AVENTIS PHARMACEUTICALS, INC.
        defendant

   BARR LABORATORIES, INC.
        defendant

   BAXTER INTERNATIONAL INC.
        defendant

   BAYER CORPORATION
        defendant

   BAYER PHARMACEUTICALS,
        defendant

   BAYER BIOLOGICAL
        defendant

   BIOGEN INC.
        defendant

   BRISTOL-MYERS SQUIBB COMPANY
        defendant

   ELI LILLY AND COMPANY
        defendant

   FOREST PHARMACEUTICALS, INC.,
        defendant

   GENZYME CORPORATION
        defendant
```

Proceedings include all events.
7:03cv7055 County of Rockland v. Abbott Laboratories, et al                REL

7:03cv 6178

GLAXOSMITHKLINE P.L.C.
 defendant


GLAXO WELLCOME P.L.C
 defendant


IMMUNEX CORPORATION
 defendant


JANSSEN PHARMACEUTICA PRODUCTS,
LP,
 defendant


JOHNSON & JOHNSON
 defendant


MEDIMMUNE INC.
 defendant


MERCK & CO., INC.
 defendant


NOVARTIS PHARMACEUTICAL
CORPORATION
 defendant


ORTHO MCNEIL PHARMACEUTICAL,
INC.
 defendant


ORTHO BIOTECH PRODUCTS, LP
 defendant


PAR PHARMACEUTICALS
CORPORATION
 defendant


PFIZER INC.
 defendant


PHARMACIA CORPORATION,

Proceedings include all events.
7:03cv7055 County of Rockland v. Abbott Laboratories, et al        REL
    defendant
                                                      7:03cv 6178

SANOFI-SYNTHELABO, INC.
    defendant

SCHERING-PLOUGH CORPORATION
    defendant

SMITHKLINE BEECHAM PLC
    defendant

SMITHKLINE BEECHAM CORPORATION
    defendant

TAP PHARMACEUTICAL PRODUCTS
INC.,
    defendant

UCB PHARMA
    defendant

WARRICK PHARMACEUTICALS LTD,
    defendant

WYETH
    defendant

ASTRAZENECA PHARMACEUTICALS
L.P.
    defendant

Proceedings include all events.                                              REL
7:03cv7055 County of Rockland v. Abbott Laboratories, et al
                                                                             7:03cv 6178
COUNTY OF ROCKLAND

       plaintiff

  v.

ABBOTT LABORATORIES, INC.; AGOURON PHARMACEUTICALS, INC.;
AMGEN, INC.; ASTRAZENECA USA; AVENTIS BEHRING; AVENTIS
PHARMACEUTICALS, INC.; BARR LABORATORIES, INC.; BAXTER
INTERNATIONAL INC.; BAYER CORPORATION; BAYER
PHARMACEUTICALS,; BAYER BIOLOGICAL; BIOGEN INC.;
BRISTOL-MYERS SQUIBB COMPANY; ELI LILLY AND COMPANY; FOREST
PHARMACEUTICALS, INC.,; GENZYME CORPORATION; GLAXOSMITHKLINE
P.L.C.; GLAXO WELLCOME P.L.C; IMMUNEX CORPORATION; JANSSEN
PHARMACEUTICA PRODUCTS, LP,; JOHNSON & JOHNSON; MEDIMMUNE
INC.; MERCK & CO., INC.; NOVARTIS PHARMACEUTICAL
CORPORATION; ORTHO MCNEIL PHARMACEUTICAL, INC.; ORTHO
BIOTECH PRODUCTS, LP; PAR PHARMACEUTICALS CORPORATION;
PFIZER INC.; PHARMACIA CORPORATION,; SANOFI-SYNTHELABO,
INC.; SCHERING-PLOUGH CORPORATION; SMITHKLINE BEECHAM PLC;
SMITHKLINE BEECHAM CORPORATION; TAP PHARMACEUTICAL PRODUCTS
INC.,; UCB PHARMA; WARRICK PHARMACEUTICALS LTD,; WYETH;
ASTRAZENECA PHARMACEUTICALS L.P.

       defendant

```
Proceedings include all events.                                          REL
7:03cv7055 County of Rockland v. Abbott Laboratories, et al
                                                                    7:03cv 6178
9/10/03   1    COMPLAINT filed. Summons issued and Notice pursuant to 28
               U.S.C. 636(c). FILING FEE $ 150.00  RECEIPT # 484611. (sv)
               [Entry date 09/15/03]

9/10/03  --    CASE REFERRED TO Judge Collee McMahon as possibly related
               to 7:03cv6178. (sv) [Entry date 09/15/03]

9/15/03  --    Case accepted as related to 03CV7055 . Notice of
               assignment to follow. (sv)

9/15/03   2    Notice of Case assignment  to Judge Colleen McMahon . Copy
               of notice and judge's rules mailed to Attorney(s) of
               record: Roger W. Kirby, Daniel Hume, Joanne M. Cicala . (sv)

9/15/03  --    Magistrate Judge George A. Yanthis is so designated. (sv)

9/29/03   3    Notice of Case reassignment  to Judge Stephen C. Robinson .
               Copy of notice and judge's rules mailed to Attorney(s) of
               record: Roger W. Kirby, Daniel Hume, Joanne M. Cicala . (dh)
               [Entry date 09/30/03]
```

```
                                                                       REL
Proceedings include all events.
7:03cv7055 County of Rockland v. Abbott Laboratories, et al
                                                                  7:03cv 6178
11/12/03  4      AFFIDAVIT OF SERVICE of Summons and Complaint as to Abbott
                 Laboratories, Agouron Pharmaceutic, Amgen, Inc.,
                 AstraZeneca USA, Aventis Behring, Aventis Pharmaceutic,
                 Barr Laboratories, I, Baxter International, Bayer
                 Corporation, Bayer Pharmaceutical, Bayer Biological, Biogen
                 Inc., Bristol-Myers Squibb, Eli Lilly and Compan, Forest
                 Pharmaceutica, Genzyme Corporation, GlaxoSmithKline P.L.,
                 Glaxo Wellcome P.L.C, Immunex Corporation, Janssen
                 Pharmaceutic, Johnson & Johnson, MedImmune Inc., Merck &
                 Co., Inc., Novartis Pharmaceuti, Ortho McNeil Pharmac,
                 Ortho Biotech Produc, Par Pharmaceuticals, Pfizer Inc.,
                 Pharmacia Corporatio, Sanofi-Synthelabo, I, Schering-Plough
                 Corp, SmithKline Beecham P, SmithKline Beecham C, Tap
                 Pharmaceutical P, UCB Pharma, Warrick Pharmaceutic, Wyeth,
                 AstraZeneca Pharmace  by various servers(see document for
                 details) on 9/29/03(and on various other dates at varying
                 locations, see document for details) . Answer due on
                 10/20/03 for Abbott Laboratories, for Agouron Pharmaceutic,
                 for Amgen, Inc., for AstraZeneca USA, for Aventis Behring,
                 for Aventis Pharmaceutic, for Barr Laboratories, I, for
                 Baxter International, for Bayer Corporation, for Bayer
                 Pharmaceutical, for Bayer Biological, for Biogen Inc., for
                 Bristol-Myers Squibb, for Eli Lilly and Compan, for Forest
                 Pharmaceutica, for Genzyme Corporation, for GlaxoSmithKline
                 P.L., for Glaxo Wellcome P.L.C, for Immunex Corporation,
                 for Janssen Pharmaceutic, for Johnson & Johnson, for
                 MedImmune Inc., for Merck & Co., Inc., for Novartis
                 Pharmaceuti, for Ortho McNeil Pharmac, for Ortho Biotech
                 Produc, for Par Pharmaceuticals, for Pfizer Inc., for
                 Pharmacia Corporatio, for Sanofi-Synthelabo, I, for
                 Schering-Plough Corp, for SmithKline Beecham P, for
                 SmithKline Beecham C, for Tap Pharmaceutical P, for UCB
                 Pharma, for Warrick Pharmaceutic, for Wyeth, for
                 AstraZeneca Pharmace . (pf) [Entry date 11/13/03]
```