


OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TONY ANASTAS
CLERK

KIMBERLY M. ABAID
DEPUTY CLERK

November 21, 2003

Mr. J. Michael McMahon
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

        IN RE: <u>MDL DOCKET No. 1456</u>  In Re: Pharmaceutical Industry Average
        Wholesale Price Litigation
        USDC - Massachusetts <u>Lead</u> Case No. 1:01CV12257-PBS
Your Case: Civil Action No. 7:03-7055 County of Rockland v Abbott Laboratories, Inc., et al
        District of MA No.1:03cv12347-PBS

Dear Mr. McMahon:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

    In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

    Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9173, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Maria Simeone, Docket Clerk for Judge Saris, at 617-748-9178.

                                    Sincerely,

                                    Kimberly M. Abaid
                                    Deputy Clerk

Information Copy to:      Michael Beck, Clerk of the Panel
                              Counsel of Record
                              Robert Alba
                              Maria Simeone