UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>Civil Action No.<br>03-CV-12347-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *County of Rockland v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 03-CV-07055 ) ) ) ) | |

### CERTIFICATE OF RICHARD M. COOPER, ESQ.

I, Richard M. Cooper, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am a member in good standing of the Bars of the District of Columbia, the United States District Courts for the District of Columbia, Maryland, and Central District of Illinois, the United States Courts of Appeals for the District of Columbia, Fourth, Fifth, Sixth, Ninth, Tenth, Eleventh, and Federal Circuits, and the United States Supreme Court.

2. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Signed under the pains and penalties of perjury, this 28th day of December 2004.

_____
Richard M. Cooper, Esq.