UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *County of Rockland v. Abbott Laboratories, Inc., et al.* <br> S.D.N.Y. Case No. 03-CV-07055 | MDL No. 1456 <br><br> Civil Action No. 03-CV-12347-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), notice is given of the appearances of Richard M. Cooper and Paul K. Dueffert of the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, (202) 434-5000, as counsel of record on behalf of Defendant Par Pharmaceutical, Inc. in the above-captioned matter.

Respectfully Submitted,

By: /s/ Richard M. Cooper
Richard M. Cooper (*pro hac vice*)
DC Bar # 092817
rcooper@wc.com
Paul K. Dueffert (*pro hac vice*)
DC Bar # 435452
pdueffert@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Dated: December 28th, 2004