UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *County of Rockland v. Abbott Laboratories, Inc., et al.* <br> S.D.N.Y. Case NO. 03-CV-07055 | MDL No. 1456 <br><br> Civil Action No. 03-CV-12347-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Erik J. Frick, of the law firm of Eckert Seamans Chernin & Mellott, LLS as local counsel of record on behalf of Defendant Par Pharmaceutical, Inc. in the above-captioned matter.

Respectfully Submitted,

By: _____
Erik J. Frick (BBO #553336)
efrick@eckertseamans.com
Anthony M. Moccia (BBO #350225)
amoccia@eckertseamans.com
Stephen R. Delinsky (BBO #119120)
sdelinsky@eckertseamans.com
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617.342.6800
Facsimile: 617.342.6899

Dated: December 12, 2005

{K0315469.1}

## CERTIFICATE OF SERVICE

I, Erik J. Frick, on behalf of the Defendant, Par Pharmaceutical, Inc., hereby certify that on this 12th day of December, 2005, I have caused a copy of Defendant's Notice of Appearance to be served upon all Counsel of Record by electronic mail and to those not receiving electronic mail by first class mail postage prepaid.

_____
Erik J. Frick

{K0315469.1}